**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **V-10-118-7** |
| | § | |
| **ALEX HERNANDEZ** | § | |

**ORDER**

**ON THIS** 30th day of September, 2015, **CAME ON** to be heard DEFENDANT ALEJANDRO HERNANDEZ'S *Motion for Early Termination of Mandatory Release.*

The Court FINDS that the motion should in all things be

__________ DENIED.

OR

✓ GRANTED, ~~Accordingly.~~ to the extent that Defendant be terminated from supervision only as of December 31, 2015.

**SIGNED AND ENTERED THIS** 30th day of September, 2015.

[signature]
**JUDGE PRESIDING**